LANKFORD *et al.* v. MILHOLLIN *et al.*

WYATT, Justice. This is the eleventh time this litigation has in one way or another made its appearance in this court. See *Lankford* v. *Holton,* 187 *Ga.* 94 (200 S. E. 243); *Holton* v. *Lankford,* 189 *Ga.* 506 (6 S. E. 2d, 304); *Lankford* v. *Holton,* 195 *Ga.* 317 (24 S. E. 2d, 292); *Lankford* v. *Holton,* 196 *Ga.* 434 (26 S. E. 2d, 834); *Lankford* v. *Holton,* 196 *Ga.* 631 (27 S. E. 2d, 310); *Lankford* v. *Holton,* 197 *Ga.* 212 (28 S. E. 2d, 747); *Lankford* v. *Milhollin,* 197 *Ga.* 227 (28 S. E. 2d, 752); *Lankford* v. *Tanner,* 197 *Ga.* 237 (28 S. E. 2d, 759); *Lankford* v. *Holton,* 197 *Ga.* 498 (29 S. E. 2d, 498). The cases above cited make it perfectly clear that the mortgage in the instant case can not now be foreclosed. All legal questions here raised have either been finally adjudicated or could have been determined in former litigation concerning this property. See *Dyal* v. *Watson,* 174 *Ga.* 330, 338 (162 S. E. 682). Again we say, there must be an end to litigation. There was no error in sustaining the general demurrer.

*Judgment affirmed. All the Justices concur.*

No. 15109. MARCH 6, 1945. REHEARING DENIED MARCH 19, 1945.

*W. C. Lankford,* for plaintiffs.
*R. A. Moore* and *S. F. Memory,* for defendants.